STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com
       stan@appsatlaw.com

*Attorneys for Plaintiff Deborah A. Norwood*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah A. Norwood, <br><br> Plaintiff, <br><br> v. <br><br> Capital One Bank (USA), N.A.; TransUnion, LLC; and Equifax Information Services, LLC, <br><br> Defendants. | Case No.: 5:20-cv-02071-JWH-SHK <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SOLUTIONS, LLC** <br><br> Judge: Hon. John W. Holcomb |

**NOTICE OF SETTLEMENT AS TO DEFENDANT
EQUIFAX INFORMATION SERVICES, LLC**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

The Plaintiff, Deborah A. Norwood, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant Equifax Information Services, LLC ("Equifax"). The settlement is conditioned upon certain future performances by Equifax. Upon completion of said performances by Defendant, Plaintiff intends to file a dismissal as to Equifax.

Dated: February 16, 2021

              __/s/_ Stanley R. Apps_____
              Stanley R. Apps
              *Attorneys for Plaintiff*