STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com
　　　　stan@appsatlaw.com

Attorneys for Plaintiff Deborah A. Norwood

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Deborah A. Norwood, | Case No.: 5:20-cv-02071-JWH-SHK |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC AND ENTIRE CASE** |
| v. | |
| Capital One Bank (USA), N.A.; TransUnion, LLC; and Equifax Information Services, LLC, | Judge: Hon. John W. Holcomb |
| Defendants. | |

**NOTICE OF SETTLEMENT AS TO DEFENDANT
TRANSUNION, LLC AND ENTIRE CASE**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

The Plaintiff, Deborah A. Norwood, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant TransUnion, LLC ("TransUnion"). The settlement is conditioned upon certain future performances by TransUnion. Upon completion of said performances by Defendant, Plaintiff intends to file a dismissal as to TransUnion.

Plaintiff further notifies the Court that this matter has been either settled or dismissed as to all Defendants, such that the entire case is settled, pending completion of settlement documents.

Dated: April 20, 2021

　　　　　　　　　　　　　　　　__/s/_ Stanley R. Apps_____
　　　　　　　　　　　　　　　　Stanley R. Apps
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

- 1 -
NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC AND ENTIRE CASE